

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00161-CV

| IN THE INTEREST OF J.W., A CHILD | § | On Appeal from the 233rd District Court |
| | § | of Tarrant County (233-702194-21) |
| | § | October 27, 2022 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT ON REHEARING

On the court's own motion, we withdraw our prior memorandum opinion and judgment of September 22, 2022 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
Justice Mike Wallach